%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of   NEW YORK

HERMAN BRIOSO

V.

P.O. EDWIN RAMIREZ, Shield No. 20855 and
THE CITY OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 CV 3649

JUDGE DANIELS

TO: (Name and address of Defendant)

Ramirez - One Police Plaza, New York, New York 10038
City - c/o Michael A. Cardozo, Esq., Corporation Counsel, 100 Church Street, New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan D. Levine, Esq.
80-02 Kew Gardens Road
Suite 1010
Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 0 8 2007
_____              _____
CLERK                                                 DATE
   /s/ Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

P.O. EDWIN RAMIERZ
257 Alexander Avenue
Bronx NY 10451

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 7, 2007 |
| NAME OF SERVER (PRINT)  Richard Schacca | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left a copy of said papers with SGT. GARCIA. Deponent also enclosed a copy of same in a postpaid sealed wrapper addressed to defendant and deposited said wrapper in a post office depository.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 8, 2007
              Date

_Signature of Server_

Franklin Square NY 11010
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.