UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HERMAN BRIOSO,

                              Plaintiff,

-against-

P.O. EDWIN RAMIREZ, Shield 20855 and THE CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 3649 (GBD)

       **PLEASE TAKE NOTICE** that Sumit Sud, Assistant Corporation Counsel, should be substituted as counsel on record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Edwin Ramirez, having replaced Assistant Corporation Counsel Jordan Michael Smith, effective April 14, 2008.

Dated:      New York, New York
             April 14, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel
                                       Attorney for Defendants
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 788-1096

                                  By:            /s
                                         SUMIT SUD (SS 2781)
                                       Assistant Corporation Counsel

TO:    Alan D. Levine, Esq. (by ECF)
         Attorney for Plaintiff

Index No. 07 Civ. 03649 (GBD)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| HERMAN BRIOSO,<br><br>                                        Plaintiff,<br><br>                    -against-<br><br>P.O. EDWIN RAMIREZ, Shield 20855 and THE CITY OF NEW YORK,<br><br>                                      Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Sumit Sud*<br><br>*Tel:  (212) 788-1096*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  .......................................... ,2008*<br><br>*................................................................ Esq.*<br><br>*Attorney for* |